11:34 p.m. EST, February 3, 2026

# Epstein victims resolve privacy issues with Justice Department after agency's redaction failures

From CNN's Rashard Rose

Lawyers representing victims of Jeffrey Epstein reached a resolution with the Justice Department Tuesday to settle issues of victim privacy and protection following the agency's redaction failures in the recent release of millions of Epstein-related documents.

According to court documents, the lawyers told the court they had "engaged in extensive and constructive discussions with the Department of Justice regarding the redaction failures in the recently posted Epstein materials. Based on those discussions, we trust that the deficiencies will be corrected expeditiously and in a manner that meaningfully protects victims from further harm."

The agreement came on the eve of a scheduled court hearing to address the issue raised by the victims and their attorneys.

Judge Richard Berman of the Southern District of New York, satisfied with the resolution, cancelled the meeting which was set for Wednesday.

"The Court is pleased but not surprised that the parties were able to resolve the privacy issues" that protects the victims.

The court documents did not specify the details of how the Justice Department would resolve the privacy issues.

CNN has reached out to the Justice Department.

CNN previously reported that attorneys for Epstein's victims asked two federal judges in New York, overseeing Epstein and Ghislaine Maxwell's cases, for "immediate judicial intervention" to address the fact that some victims' information was included in the millions of Epstein-related records released publicly.

The lawyers said the failure triggered an "unfolding emergency."

Deputy Attorney General Todd Blanche acknowledged on Monday that "mistakes were made" in the redaction process.