UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:25-CV-01047-TWP-MJD |
| | ) | |
| METROPOLITAN SCHOOL DISTRICT OF | ) | |
| WASHINGTON TOWNSHIP SCHOOLS, | ) | |
| BOARD OF METROPOLITAN SCHOOL | ) | |
| DISTRICT OF WASHINGTON TOWNSHIP | ) | |
| SCHOOLS, | ) | |
| DR. NIKKI WOODSON Superintendent, in her | ) | |
| individual and official capacity | ) | |
| | ) | |
| Defendants. | ) | |

**Defendants' Motion for Entry of Final Judgment Dismissing Claims with Prejudice**

Defendants Metropolitan School District of Washington Township ("School District") and

Board of Metropolitan School District of Washington Township ("School Board") (collectively,

"Defendants"), by counsel, respectfully request the Court convert dismissal without prejudice of

the School District and School Board to a dismissal of these defendants *with* prejudice as the Court

provided in its March 13, 2026, Order. (Dkt. 41.) In support, Defendants state:

1.      Pursuant to the Court's March 13, 2026, Order, Defendants' Motion to Dismiss "is

granted as to Kimberlin's claims against the School District and School Board, which are dismissed

without prejudice." *Id.* at 15.

2.      The Court then directed further:

Kimberlin is granted leave of fourteen (14) days from the date of this Order to file
an amended complaint, if such filing would not be futile. **If nothing is filed by that
date, the Court will direct the clerk to remove the School District and School
Board as defendants in this case, and the claims against the School District and
School Board will be converted to a dismissal with prejudice**. This matter will

then proceed only as to Kimberlin's Section 1983 claims against Dr. Woodson in her individual capacity,.

*Id.* (emphasis supplied).

3.      Fourteen days from the date of the Order, plus three days for service by mail pursuant to Federal Rule of Civil Procedure 6(d), falls on March 30, 2026.

4.      Plaintiff did not timely file an amended complaint on or before March 30, 2026.

5.      Accordingly, dismissal of the complaint filed against the School District and School Board should now be converted to a dismissal **with prejudice**, and the School District and School Board should be removed as defendants in this case.

6.      Pursuant to Federal Rule of Civil Procedure Rule 54(b), final judgment dismissal of claims against the School District and School Board should be entered with prejudice with a determination that there is no just cause for delay.

WHEREFORE, Defendants Metropolitan School District of Washington Township and Board of Metropolitan School District of Washington Township, by counsel, respectfully request the Court convert dismissal of these defendants without prejudice to a dismissal *with* prejudice as the Court provided in its March 13, 2026, Order, and enter final judgment for Metropolitan School District of Washington Township and Board of Metropolitan School District of Washington Township without just cause for delay.

Respectfully submitted,

/s/*Jonathan L. Mayes*
Jonathan L. Mayes (#25690-49)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 Fax
JMayes@boselaw.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

I further certify that on April 3, 2026, a copy of the foregoing document was mailed by first class mail, postage prepaid and properly addressed to the following parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD, 20817

/s/ Jonathan L. Mayes

5237524.1

3