UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BRETT KIMBERLIN,
    Plaintiff,

v.
                                            No. 1:25-CV-01047-TWP-MJD

METROPOLITAN SCHOOL DISTRICT OF
WASHINGTON TOWNSHIP SCHOOLS,
BOARD OF METROPOLITAN SCHOOL DISTRICT
OF WASHINGTON TOWNSHIP SCHOOLS,
    and
NIKKI WOODSON, Superintendent, in her individual and official capacity

    Defendants.

## PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT UNDER SEAL

Now comes Plaintiff Brett Kimberlin, pursuant to this Court's April 3, 2026 ORDER (DKT

44) allowing Plaintiff to withdraw a document he previously filed under seal, and moves this

Court to withdraw the letter filed under seal.

Dated this 14th day of April, 2026
                                        Respectfully submitted,

                                        Brett Kimberlin

### Certificate of Service

I certify that I mailed a copy of this motion to Jonathan Mayes this 14th day of April, 2026

by first class US mail.

                                        Brett Kimberlin

# PRIORITY MAIL EXPRESS®



FILED

APR 17 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**FOR DOMESTIC AND**
**PLACE MAILI**

- Guaranteed delivery d
- Guaranteed delivery ti
- USPS Tracking® servic
  and many internationa

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE (   )

Brett Kimberlin
8100 Beech Tree Rd
Bethesda MD
20817

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE (   )

Clerk of US District Court
46 E Ohio St
Indpls IN

ZIP + 4® (U.S. ADDRESSES ONLY)
4 6 2 0 4

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.


➤ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.



**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 20818 | 4-16 | $ 33.25 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 4-15 | ☐ 6:00 PM | $ | $ |
| Time Accepted | ☐ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
| 100 | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 33.25 | |
| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
| lbs. ozs. | | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023     PSN 7690-02-000-9996

ts in
)**
I upo
U.S.,
tions.
usps.c
certain
Domes
U.S. c
CUSTOM

**UNITED STATES POSTAL SERVICE.**     *Retail*



| E | US POSTAGE PAID |
|---|---|
| | $33.25    Origin: 20818 |
| | 04/15/26 |
| | 2313500818-06 |

## PRIORITY MAIL EXPRESS®

BRETT KIMBERLIN                0 Lb 1.00 Oz
8100 BEECH TREE RD
BETHESDA MD 20817-2931        **RDC 07**

SCHEDULED DELIVERY DAY: 04/16/26 06:00 PM

**C010**

SHIP
TO:

CLERK OF US DISTRICT COURT
46 E OHIO ST
INDIANAPOLIS IN 46204-1903

**USPS TRACKING® #**

9570 1131 3468 6105 7572 32



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.