UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRETT KIMBERLIN                                    )
                                                   )
            Plaintiff,                             )
                                                   )
      vs.                                          )    CASE NO. 1:25-CV-01047-TWP-MJD
                                                   )
DR. NIKKI WOODSON Superintendent, in her           )
individual capacity,                               )
                                                   )
            Defendant.                             )

**<u>Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion to Dismiss</u>**

Defendant Dr. Nikki Woodson in her individual capacity, and by counsel, respectfully moves this Court, pursuant to either Rule 16 of the Federal Rules of Civil Procedure or the Court's inherent authority, to strike Plaintiff Brett Kimberlin's untimely Response to Dr. Woodson's Motion to Dismiss (ECF 50), and in support states as follows:

1.      On May 7, 2025, Plaintiff filed claims against Defendants Metropolitan School District of Washington Township ("School District"), the Board of Metropolitan School District of Washington Township ("Board"), and then-Superintendent Dr. Nikki Woodson in her individual and official capacities. (Dkt. 1.)

2.      The then-Defendants moved for dismissal (Dkts. 20, 21, 33), which the Court on March 13, 2026, granted as to the School District and the Board initially without prejudice, affording Kimberlin an opportunity to amend his Complaint. (Dkt. 41 at 15.)

3.      After the time to amend expired, dismissal of the School District and Board are now with prejudice. *Id.*

4.      The Court instructed in its March 13, 2026, order, "This matter will then proceed only as to Kimberlin's Section 1983 claims against Dr. Woodson in her individual capacity."

1

5.      The Court set a deadline for Dr. Woodson to either answer the Complaint or otherwise respond as permitted by Rule 12 of the Federal Rules of Civil Procedure: "If no amended complaint is filed, then Dr. Woodson must respond to the original Complaint within fourteen (14) days from the date an amended complaint was due."

6.      The deadline for Plaintiff to file an amended complaint was 14 days from the March 13, 2026, Order (Dkt. 41 at 15), or Friday, March 27, 2026. Accordingly, Defendant had until Friday, April 10, 2026, (*i.e.*, 14 days from March 27, 2026) to file a response. (Dkt. 41 at 15.)

7.      Dr. Woodson filed a Motion to Dismiss (Dkt. 45) and Brief in Support (Dkt. 46) on April 10, 2026 "[p]ursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and S.D. Local Rule 7-1(b)(1)." (Dkt. 45 at 1.)

8.      Under Local Rule 7-1, "A party must file any response brief to a motion based on Rule 12(b), (c), or (f) within 21 days after the motion is served unless that party is entitled to and first files an amended pleading as a matter of course under Rule 15(a)(1)." S.D. Ind. L.R. 7-1(c)(2). This time is further extended under Rule 6 for service by U.S. mail, as is the case here with Plaintiff. FED.R.CIV.P. 6(d).

9.      Therefore, pursuant to Local Rule 7-1(c)(2) and Rule 6(d), Plaintiff's response to Defendant's Motion to Dismiss was due May 4, 2026—24 days after April 10, 2026.

10.     Plaintiff's response was filed after this deadline on May 12, 2026. (Dkt. 50.)

11.     Plaintiff did not seek an extension of the deadline to file his Response, nor did he seek leave of court or explain any reason for the late filing.

**Conclusion**

12.     For the reasons stated herein, Plaintiff Brett Kimberlin's Response to Defendant's Motion to Dismiss (Dkt. 50) should be stricken as untimely. In the alternative, if the Court were

2

to accept it, Defendant Dr. Nikki Woodson seeks an appropriate time to file a Reply in Support of

Motion to Dismiss as permitted by the Local Rules of this Court.

Respectfully submitted,

/s/*Jonathan L. Mayes*
Jonathan L. Mayes (#25690-49)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 Fax
JMayes@boselaw.com

*Attorneys for Defendant Dr. Nikki Woodson*


## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

I further certify that on May 13, 2026, a copy of the foregoing document was mailed by first class mail, postage prepaid and properly addressed to the following parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD, 20817

/s/*Jonathan L. Mayes*
Jonathan L. Mayes

5268069.1

3