UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRETT KIMBERLIN,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        No. 1:25-cv-01047-TWP-MJD
                                        )
METROPOLITAN SCHOOL DISTRICT OF         )
WASHINGTON TOWNSHIP SCHOOLS, et al.,    )
                                        )
                    Defendants.         )

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Amended

Complaint.  [Dkt. 49.]  The motion is **DENIED** because Plaintiff failed to attach a copy of his

proposed Amended Complaint to his motion as required by Local Rule 15-1.  If Plaintiff wishes

to refile his motion along with his proposed Amended Complaint, he shall do so **within fourteen**

**days of the date of this Order**.

        SO ORDERED.


        Dated:  20 MAY 2026        _____
                                    Mark J. Dinsmore
                                    United States Magistrate Judge
                                    Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817