UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRETT KIMBERLIN,
      Plaintiff,

      v.                                        No 1:25-CV-01047-TWP-MJD

METROPOLITAN SCHOOL DISTRICT OF
WASHINGTON TOWNSHIP SCHOOLS, et al
      Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANT WOODSON'S MOTION TO STRIKE**

Now comes Plaintiff Brett Kimberlin and responds in opposition to Defendant Woodson's Motion to Strike (Doc 51).

1.  Defendant Woodson moves this Court to strike Plaintiff's Response to her Motion to Dismiss because it was a few days late in being docketed by the Clerk. This is without merit.

2.  First, Defendant has not demonstrated an iota of prejudice from the supposed late filing. Indeed, she filed a Motion to Strike when she could have spent that time replying to Plaintiff's Response.

3.  Second, Plaintiff is a pro-se litigant who accordingly does not have access to filing through PACER. He has to rely on the good faith of the Defendant and Clerk to send him pleadings and orders by mail in a timely manner. Routinely, Plaintiff receives those documents from 10 to 14 days after they are docketed. For example, Plaintiff received Defendant's Motion to Strike, which was docketed on May 13, 2026, on May 23rd. Plaintiff is writing this response on May 24th and will mail it after the holiday on May 26th.

4.  Plaintiff responded to Defendant's Motion to Dismiss as quickly as he could.

5. Defendant is being disingenuous and asking this Court to treat him differently when she did not respond to Plaintiff's Motion for ADR in a timely manner. She did not even respond after Plaintiff emailed counsel reminding him that he failed to respond. Finally, several months after her response was due, she filed a response. Plaintiff did not file a petty motion to strike because he suffered no prejudice and understood that sometimes things fall through the cracks. So, for her to now argue to strike after a few days is really beyond the pale. We are not playing a game of "gottcha," or "let's treat Brett Kimberlin differently," we are litigating to the best of our abilities.

6. Plaintiff mailed his Response to Defendant's Motion to Dismiss on May 7, 2026 and it was docketed on May 12th.

7. In order to satisfy Defendant's wasting of the Court's time on this petty issue, Plaintiff moves this Court to grant him leave to file his Response to Defendant's Motion to Dismiss on May 12, 2026. As noted above, there is good cause for the delay in filing.

Wherefore, this Court should deny Defendant's Motion to Strike and grant him leave to file his Response to Defendant Woodson's Motion to Dismiss on May 12, 2026.

Respectfully submitted

Brett Kimberlin

Certificate of Service

I certify that I mailed a copy of this Response to counsel for Defendant Woodson this 24th day of May 2026 by US Mail.

Brett Kimberlin

Kimberli
8180 Beech Tree Rd
Bethesda MD 20817

Retail





46204

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
CABIN JOHN, MD 20818
MAY 26, 2026

**$1.63**

S2322P501160-9

# FILED

JUN 0 1 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of the District Court
46 E Ohio St
Indpls IN 46204